```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2731
```



MAR 3 0 2009



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA         ) Case No. 2:09-cr-140 FCD
                                 )
           Plaintiff,            )
                                 )
      v.                         )
                                 ) MOTION AND PROPOSED ORDER
CARLOS HERNANDEZ                 ) TO UN-SEAL COMPLAINT
                                 )
           Defendant.            )
_____)

The United States, by and through, Assistant United States Attorney Richard J. Bender, now moves this Court to unseal the Complaint in this case previously ordered sealed pursuant to Federal Rule Criminal Procedure 6(e)(4).

Defendant Carlos Hernandez is in custody at the San Joaquin County Jail on State charges. A federal detainer has been put in place. He was recently indicted on the charges arising from the offense identified on the Complaint Affidavit. Since the original Complaint and arrest warrant were needed because the defendant was a

///

///

-1-

fugitive, and the defendant has been arrested, the complaint affidavit, the indictment and associated material can be unsealed.

WHEREFORE, the government requests that the Complaint and all other papers ordered sealed by this Court be UNSEALED at this time.

DATED: March 30, 2009

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Richard J. Bender
RICHARD J. BENDER
ASSISTANT U.S. ATTORNEY

**IT IS SO ORDERED.**

DATED: 3-30-09

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
United States Magistrate Judge