| | |
|---|---|
| 1 | **VITTORIA M. BOSSI, SBN 154694** |
| | **CLAIR & BOSSI** |
| 2 | **2155 West March Lane, Suite 1A** |
| | **Stockton, CA  95207** |
| 3 | |
| | Telephone:  (209) 477-1800 |
| 4 | Facsimile:  (209) 477-1821 |
| 5 | Attorney for Carlos Hernandez |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 2:09-CR-00140-FCD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| | **TO CONTINUE STATUS CONFERENCE** |
| CARLOS HERNANDEZ, | |
| | Date:  June 22, 2009 |
| Defendant. | Time:  10:00 a.m. |
| | Courtroom Number 2 |
| _____/ | Honorable Frank C. Damrell, Jr. |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the status conference set for June 22, 2009, at 10:00 a.m. in Courtroom Number 2 and reset it for August 3, 2009, at 10:00 a.m. in Courtroom Number 2.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 3, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

1

Respectfully submitted

Dated:  June 18, 2009						/s/ Vittoria M. Bossi
									Attorney for Carlos Hernandez

Dated:  June 18, 2009						/s/ Richard J. Bender
									Assistant United States Attorney
									(Signed by Vittoria Bossi per emailed approval)

## ORDER

**IT IS HEREBY ORDERED:**  That the status conference set for  June 22, 2009, is vacated and that the status conference is continued to August 3, 2009, at 10:00 a.m. in Courtroom Number 2.

It is further ORDERED that the time under the Speedy Trial Act between today's date and August 3, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated: June 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE