VITTORIA M. BOSSI, SBN 154694
CLAIR & BOSSI
2155 West March Lane, Suite 1A
Stockton, CA  95207

Telephone:  (209) 477-1800
Facsimile:  (209) 477-1821

Attorney for Carlos Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>CARLOS HERNANDEZ,<br><br>     Defendant.<br>_____/ | Case Number 2:09-CR-00140-FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  August 3, 2009<br>Time:  10:00 a.m.<br>Courtroom Number 2<br>Honorable Frank C. Damrell, Jr. |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the status conference set for August 3, 2009, at 10:00 a.m. in Courtroom Number 2 and reset it for September 8, 2009, at 10:00 a.m. in Courtroom Number 2.  Vittoria Bossi, counsel for the defendant, was ill with the swine flu in July and, therefore, requests additional time to prepare and consult with her client.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to September 8, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

Respectfully submitted

Dated:  July 31, 2009        /s/ Vittoria M. Bossi_____
                                             Attorney for Carlos Hernandez

Dated:  July 31, 2009        /s/ Richard J. Bender         _____
                                             Assistant United States Attorney
                                             (Signed by Vittoria Bossi per emailed approval)

## **ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 3, 2009, is vacated and that the status conference is continued to September 8, 2009, at 10:00 a.m. in Courtroom Number 2.

It is further ORDERED that the time under the Speedy Trial Act between today's date and September 8, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated: July 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE