1  VITTORIA M. BOSSI, SBN 154694
   CLAIR & BOSSI
2  2155 West March Lane, Suite 1A
   Stockton, CA  95207
3
   Telephone:  (209) 477-1800
4  Facsimile:  (209) 477-1821

5  Attorney for Carlos Hernandez

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                         Case Number 2:09-CR-00140-FCD
12      Plaintiff,
                                         AMENDED
13 vs.                                   STIPULATION AND ORDER
                                         TO CONTINUE STATUS CONFERENCE
14 CARLOS HERNANDEZ,
                                         Date:  October 13, 2009
15      Defendant.                       Time:  10:00 a.m.
                                         Courtroom Number 2
16                                       Honorable Frank C. Damrell, Jr.
   _____/
17

18

19      The parties, by and through their respective counsel, hereby stipulate and agree to vacate

20 the status conference set for October 13, 2009, at 10:00 a.m. in Courtroom Number 2 and reset it

21 for November 30, 2009, at 10:00 a.m. in Courtroom Number 2.  Vittoria Bossi, counsel for the

22 defendant, was in a jury trial for the October 13, 2009, hearing and, will being another jury trial

23 beginning on November 2, 2009, and lasting for most of November.

24      It is further stipulated and agreed between the parties that the time under the Speedy Trial

25 Act should be excluded from today's date to November 30, 2009, under Local Code T4, Title 18,

26 United States Code, Section 3161 (h)(8)(B)(iv), to allow continuity of defense counsel based on

27 defense counsel's present trial schedule.

28

                                          1
        STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

Respectfully submitted

Dated:  October 16, 2009			/s/ Vittoria M. Bossi
						Attorney for Carlos Hernandez

Dated:  October 16, 2009			/s/ Richard J. Bender
						Assistant United States Attorney
						(Signed by Vittoria Bossi per emailed approval)

## **ORDER**

**IT IS HEREBY ORDERED:**  That the status conference set for  October 13, 2009, is vacated and that the status conference is continued to November 30, 2009, at 10:00 a.m. in Courtroom Number 2.

It is further ORDERED that the time under the Speedy Trial Act between today's date and November 30, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow continuity of defense counsel based on defense counsel's present trial schedule.

Dated:  October 16, 2009

						_____
						FRANK C. DAMRELL, JR.
						UNITED STATES DISTRICT JUDGE