1  VITTORIA M. BOSSI, SBN 154694
   CLAIR & BOSSI
2  2155 West March Lane, Suite 1A
   Stockton, CA  95207
3
   Telephone:  (209) 477-1800
4  Facsimile:  (209) 477-1821

5  Attorney for Carlos Hernandez

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                          CASE NO. 2:09-CR-00140 FCD
12        Plaintiff,

13 vs.                                    STIPULATION AND ORDER
                                          TO CONTINUE STATUS CONFERENCE
14 CARLOS HERNANDEZ,
                                          Date:  November 30, 2009
15        Defendant.                      Time:  10:00 a.m.
                                          Courtroom Number 2
16 _____/        Honorable Frank C. Damrell, Jr.

17

18

19        The parties, by and through their respective counsel, hereby stipulate and agree to vacate

20 the status conference set for November 30, 2009, at 10:00 a.m. in Courtroom Number 2 and reset

21 it for January 5, 2010, at 10:00 a.m. in Courtroom Number 2.  Vittoria Bossi, counsel for the

22 defendant, has been in a jury trial and requires additional time to review the plea agreement with

23 the defendant.  Counsel for the defense has several trials pending in December, 2009, in San

24 Joaquin County.  Counsel for the defense also has several trials pending in January, 2010, and a

25 confirmed trial set to begin March 16, 2010, and continue through April 2, 2010.

26        Should the defendant in the present case not enter a guilty plea  (as currently anticipated)

27 on January 5, 2010, trial will be set for April 6, 2010, with a trial confirmation hearing set for

28 March 8, 2010, at 10:00 a.m.

                                            1
                    STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from November 30, 2009 to January 5, 2010, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow defense counsel additional time to review the proposed plea agreement with his attorney and for continuity of defense counsel based on defense counsel's present trial schedule.  It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from January 5, 2010, to April 6, 2010, under Local Code T4 and Title 18, United States Code, Section 3161 (h)(8)(B)(iv), due to defense counsel's unavailability based on her trial schedule with the Court specifically finding that the ends of justice served by the continuance outweigh the interest of the defendant and the public in a Speedy Trial.

Respectfully submitted

Dated:  November 25, 2009			/s/ Vittoria M. Bossi
						Attorney for Carlos Hernandez

Dated:  November 25, 2009			/s/ Richard J. Bender
						Assistant United States Attorney
						(Signed by Vittoria Bossi per emailed approval)

**ORDER**

**IT IS SO ORDERED.**

Dated: Novmeber 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE