HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS HERNANDEZ,<br><br>Defendant. | Case No.  2:09-cr-140 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, CARLOS HERNANDEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On March 22, 2010, this Court sentenced Mr. Hernandez to a term of 204 months imprisonment;

3.      His total offense level was 35, his criminal history category was I, and the resulting guideline range was 168 to 210 months.  He received a sentence of 204 months

1   pursuant to the parties' plea agreement, entered into under Federal Rule of Criminal Procedure

2   11(c)(1)(C);

3       4.    The sentencing range applicable to Mr. Hernandez was subsequently lowered by

4   the United States Sentencing Commission in Amendment 782, made retroactive on July 18,

5   2014, see 79 Fed. Reg. 44,973;

6       5.    Mr. Hernandez' total offense level has been reduced from 35 to 33, and his

7   amended guideline range is 135 to 168 months.  A comparable point within the new range

8   produces a term of 162 months imprisonment;

9       6.    Accordingly, the parties request the Court enter the order lodged herewith

10  reducing Mr. Hernandez' term of imprisonment to a term of 162 months.

11  Respectfully submitted,

12  Dated:  August 31, 2016         Dated:   August 31, 2016

13  PHILLIP A. TALBERT        HEATHER E. WILLIAMS
    Acting United States Attorney    Federal Defender

14

15  /s/   Jason Hitt_____       /s/ Hannah R. Labaree___
    JASON HITT             HANNAH R. LABAREE

16  Assistant U.S. Attorney      Assistant Federal Defender

17  Attorney for Plaintiff        Attorney for Defendant
    UNITED STATES OF AMERICA   CARLOS HERNANDEZ

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2010 be reduced to a term of 162 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE